# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Bruce S. Jenkins

COURT REPORTER: Ed Young
COURTROOM DEPUTY: Kim Forsgren
INTERPRETER: Not Needed

CASE NO. 2:15cv00323

Garcia v. ISS Facility Services

RECEIVED MAR 2 3 2016 OFFICE OF U.S. DISTRICT JUDGE BRUCE S. JENKINS

Approved By:_____

## APPEARANCE OF COUNSEL

Pla    John C. Cooper
Dft

DATE: 03/24/2016    Time Start: 1:28 p.m. to Time End: 1:40 p.m.

MATTER SET: Status Report and Scheduling Conference

DOCKET ENTRY:

Counsel present. After discussion, Mr. Cooper would like to withdraw from this case.
Counsel is to file an authorization to withdraw, indicating that he will return $500.00 within 60 days.

Mr. Cooper is to prepare and submit an order to chambers by 03/28/16.

Status set for 5/26/2016, at 1:30 p.m.