# UNITED STATES DISTRICT COURT
for the
District of Utah

| | | |
|---|---|---|
| **Araceli Garcia** | ) | **ORDER ON MOTION FOR** |
| *Plaintiff* | ) | **WITHDRAWAL OF COUNSEL** |
| v. | ) | |
| **ISS Facility Services et al.** | ) | |
| | ) | Case No. 2:15-cv-00323-BSJ |
| *Defendant* | | U.S. District Judge Jenkins |

Pursuant to Attorney John "Cole" Cooper's ("Counsel") Motion for Withdrawal of Counsel and DUCivR 83-1.4, the Court ORDERS that Counsel may withdraw, and is hereby removed, as counsel for Araceli Garcia ("Client").

With regard to Client's continued representation, the Court ORDERS as follows:

1. That Counsel pay the amount of $500 to Client on or before May 20, 2016. Should Counsel have difficulty paying the full amount of $500 on or before May 20, 2016, Counsel shall inform the Court at least three days in advance and an extension with regard to the payment may be granted with the Court's discretion.

2. Client or new counsel for Client must file a Notice of Appearance within twenty-one (21) days after the entry of this order, unless otherwise ordered by the Court. Pursuant to Utah DUCivR 83-1.3, no corporation, association, partnership or other artificial entity may appear pro se, but must be represented by an attorney who is admitted to practice in this court. Court will allow Client to proceed pro se.

3. Please take notice, that a party who fails to file a Notice of Substitution of Counsel or Notice of Appearance as set forth above, may be subject to sanction pursuant to Federal

Rule of Civil Procedure 16(f)(1), including but not limited to dismissal or default judgment.

With regard to scheduling, the Court orders as follows:

A. That all litigation dates/deadlines pursuant to the controlling scheduling conference order remain effect.

B. That the action shall be stayed until twenty-one (21) days after entry of this order, or as otherwise decided by the Court.

C. The matter is set for further status 5/26/16, at 1:30 p.m. If sum is not paid, Mr. Cooper is ordered to appear.

## NOTICE TO PARTY

The Court will cause this Order to be sent to Client at the following address:

Ms. Araceli Garcia
2653 South
Maleville Drive
Magna, Utah, 84044

DATED this 26th day of April, 2016.

BY THE COURT:

Bruce S. Jenkins
U.S. District Judge